# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



14 OCT -3 AM 8:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOSE GARCIA-LEAL,<br><br>                    Defendant. | CASE NO. 14CR1043-CAB<br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

_X_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

     Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin (Felony).

---

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 1, 2014

                                        _____
                                        Cathy Ann Bencivengo
                                        U.S. District Judge